STATE OF MAINE
*vs.*
NAGEB COREY

Aroostook.   Opinion, February 16, 1965.

*John O. Rogers, Aroostook County Attorney,* for State.

*David Solman,* for Defendant.

## MEMORANDUM DECISION

This case was reported to the Law Court by agreement of the parties upon an agreed statement of facts.

The defendant has filed no brief and has made no argument.   The court deems it inexpedient to decide an important question of law *on report* wholly unaided by brief or argument of counsel for a criminal respondent.

The entry will be

> *Report discharged.*
> *Case remanded to the*
> *Superior Court.*